[No. 5322–1.   Division One.   April 3, 1978.]

HUICO, INC., *Respondent,* v. MECHANICAL CONTRACTOR ASSOCIATIONS OF WASHINGTON, *Appellant.*

Appeal from a judgment of the Superior Court for King

County, No. 800151, William C. Goodloe, J., entered January 13, 1977. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Farris, C.J., and Ringold, J.